**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Albertico VALENZUELA–CARRILLO, aka Carlos Alberto Cruz, Defendant—Appellant.**

No. 01–10476.

D.C. No. CR–01–00036–SRB.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 8, 2002 *.

Decided April 15, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

### MEMORANDUM **

Albertico Valenzuela–Carrillo appeals the sentence imposed following his guilty plea to illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Valenzuela–Carrillo contends that the case should be remanded for resentencing because Valenzuela–Carrillo never requested a downward departure based on the minor nature of the aggravated felony that triggered a sentence enhancement under U.S.S.G. § 2L1.2(b)(1)(A). He maintains that the district court's failure to consider a downward departure on that ground constituted plain error.

We deem the request for a downward departure on that ground waived because of Valenzuela–Carrillo's acknowledged failure to make the request in the district court. *United States v. Quesada*, 972 F.2d 281, 283–84 (9th Cir.1992). Because Valenzuela–Carrillo raises no other arguments, this appeal is

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.